

FILED

06/17/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0077

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0077

IN RE: THE MARRIAGE OF:

CHERYL L. TARBET, f/k/a
CHERYL L. SMITH

       Petitioner and Appellee,

 and

RANDALL B. SMITH

       Respondent and Appellant

FILED

JUN 1 7 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 19, 2021, within which to prepare, file, and serve his opening brief on appeal.

Bowen Greenwood

Clerk of Supreme Court